AO 440 (Rev. 04/08) Civil Summons

**E-filing**

# UNITED STATES DISTRICT COURT
for the

TERRY RITTER
_Plaintiff_

v.

SEE ATTACHED
_Defendant_

CV 08  3074

Civil Action No.

**JCS**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
_Name of clerk of court_

Date: JUN 25 2008

Helen L. Almacen
_Deputy clerk's signature_

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

ATTACHMENT TO SUMMONS
IN A CIVIL ACTION
_____

STEVEN PETER SMALL;

LAW OFFICES OF STEVEN P. SMALL;

ROBERT VON FELDEN;

ECO-FIBER SOLUTIONS, INC., a California corporation;

NVS GROUP -- DISPLAY INNOVATIONS, INC., a Delaware corporation, also known as NVS GROUP -- DISPLAY PACKAGING INNOVATIONS;

and,

DOES 1 THROUGH 100; Defendants.