UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY L RITTER,

    Plaintiff(s),

    v.

STEVEN PETER SMALL, ET AL.,

    Defendant(s).

No. C 08-03074 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: June 30, 2008

Raymond N. Stella Erlach

x *[signature]*

Signature

Counsel for Plaintiff
(Name or party or indicate "pro se")