```
1   Raymond N. Stella Erlach, SBN 056958
    LAW OFFICES OF
2   RAYMOND N. STELLA ERLACH
    One Maritime Plaza, Fourth Floor
3   San Francisco, CA  94111
    Telephone: (415) 788-3322
4   Facsimile: (415) 788-8613
    E-Mail: rerlach@rayerlach.com
5
    Attorneys for Plaintiff Terry L. Ritter
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. RITTER, | Civil Action No. C 08-03074 JCS |
| Plaintiff, | |
| v. | NOTICE AND ACKNOWLEDGMENT OF RECEIPT -- CIVIL |
| STEVEN PETER SMALL;<br>LAW OFFICES OF STEVEN P. SMALL;<br>ROBERT VON FELDEN;<br>ECO-FIBER SOLUTIONS, INC., a California corporation; NVS GROUP--DISPLAY INNOVATIONS, INC., a Delaware corporation, also known as<br>NVS GROUP--DISPLAY PACKAGING INNOVATIONS; and<br>DOES 1 THROUGH 100, | |
| Defendants. | |

TO: STEVEN PETER SMALL

### NOTICE

The summons and other documents identified below are being served pursuant to Federal Rules of Civil Procedure Rule 4(e)(1) and California Code of Civil Procedure Section 415.30. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

1   If you are being served on behalf of a corporation, an unincorporated association
2   (including a partnership), or other entity, this form must be signed by you in the name of such entity
3   or by a person authorized to receive service of process on behalf of such entity. In all other cases,
4   this form must be signed by you personally or by a person authorized by you to acknowledge receipt
5   of summons. If you return this form to the sender, service of a summons is deemed complete on the
6   day you sign the acknowledgment of receipt below.

LAW OFFICES OF
RAYMOND N. STELLA ERLACH

*/s/ Raymond N. Stella Erlach*
Raymond N. Stella Erlach

Date of Mailing: July 2, 2008

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

1.  A copy of the Summons in a Civil Action and of the Complaint for Securities Fraud Under Rule 10-b5 and State and Common Law Claims.

2.  Other: Civil Case Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines, Civil Standing Orders for Magistrate Judge Joseph C. Spero, Standing Order Re: Case Management Conference, Standing Order for All Judges of the Northern District of California, Notice of Rule Discontinuing Service by Mail; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Welcome to the U.S. District Court, Drop Box Filing Procedures, San Francisco; Public Notice, Magistrate Judge; and Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California.

TO BE COMPLETED BY RECIPIENT:

Date this form is signed: **JUL 1 6 2008**

**STEVEN P. SMALL AND**         *[signature] INDIVIDUALLY*
(Type or Print Your Name and Name of Entity,   (Signature of Person Acknowledging Receipt,
If Any, on Whose Behalf This Form is Signed)   with Title if Acknowledgment Is Made on
**ERRORONUSLY SUED HEREIN**     Behalf of Another Person or Entity)
**AS THE "LAW OFFICES OF**      **& IN ERROR SUED AS**
**STEVEN P. SMALL"**            **THE "Law Offices of**
                                **STEVEN P. SMALL**

jp80\r\ec\acknowret.not

Civil Action No. C 08-03074 JCS
NOTICE AND ACKNOWLEDGMENT
OF RECEIPT -- CIVIL

2