1  Raymond N. Stella Erlach, SBN 056958
   LAW OFFICES OF
2  RAYMOND N. STELLA ERLACH
   One Maritime Plaza, Fourth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 788-3322
4  Facsimile:  (415) 788-8613
   E-Mail:  rerlach@rayerlach.com
5
6  Attorneys for Plaintiff Terry L. Ritter

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9
10 TERRY L. RITTER,                    )   Civil Action No. C 08-03074 JCS
11         Plaintiff,                  )
12     v.                              )
                                       )   NOTICE AND ACKNOWLEDGMENT
13 STEVEN PETER SMALL;                 )   OF RECEIPT -- CIVIL
   LAW OFFICES OF STEVEN P. SMALL;     )
14 ROBERT VON FELDEN;                  )
   ECO-FIBER SOLUTIONS, INC., a California )
15 corporation; NVS GROUP--DISPLAY     )
   INNOVATIONS, INC., a Delaware       )
16 corporation, also known as          )
   NVS GROUP--DISPLAY PACKAGING        )
17 INNOVATIONS; and                    )
   DOES 1 THROUGH 100,                 )
18                                     )
19         Defendants.                 )
                                       )
20                                     )

21     TO:  ROBERT VonFelden
22                           NOTICE
23     The summons and other documents identified below are being served pursuant to
24 Federal Rules of Civil Procedure Rule 4(e)(1) and California Code of Civil Procedure
25 Section 415.30.  Your failure to complete this form and return it within 20 days from the date of
26 mailing shown below may subject you (or the party on whose behalf you are being served) to
27 liability for the payment of any expenses incurred in serving a summons on you in any other manner
28 permitted by law.

                                                              Civil Action No. C 08-03074 JCS
                                        1                     NOTICE AND ACKNOWLEDGMENT
                                                              OF RECEIPT -- CIVIL

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

LAW OFFICES OF
RAYMOND N. STELLA ERLACH

*/s/ Raymond N. Stella Erlach*

Raymond N. Stella Erlach

Date of Mailing: July 2, 2008

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of:

1. A copy of the Summons in a Civil Action and of the Complaint for Securities Fraud Under Rule 10-b5 and State and Common Law Claims.

2. Other: Civil Case Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines, Civil Standing Orders for Magistrate Judge Joseph C. Spero, Standing Order Re: Case Management Conference, Standing Order for All Judges of the Northern District of California, Notice of Rule Discontinuing Service by Mail; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Welcome to the U.S. District Court, Drop Box Filing Procedures, San Francisco; Public Notice, Magistrate Judge; and Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California.

TO BE COMPLETED BY RECIPIENT:

Date this form is signed: JUL 1 6 2008

*/s/ Steven P. Small, aty in fact*

(Type or Print Your Name and Name of Entity, If Any, on Whose Behalf This Form is Signed)

STEVEN P. SMALL
AS ATY IN FACT FOR
ROBERT VonFelden

(Signature of Person Acknowledging Receipt, with Title if Acknowledgment Is Made on Behalf of Another Person or Entity)

jp80\r\ec\acknowret.not4

Civil Action No. C 08-03074 JCS
NOTICE AND ACKNOWLEDGMENT
OF RECEIPT -- CIVIL

2