Steven P. Small (SBN 39869)
2509 Santa Clara Avenue
Alameda, California 94501
Telephone: (510) 865–2038
Facsimile: (510) 523–7877
E-mail: stevensmall@mac.com

Attorney for Defendants
STEVEN PETER SMALL, as an individual and erroneously sued as the LAW OFFICES OF STEVEN P. SMALL; ROBERT VON FELDEN; ECO–FIBER SOLUTIONS, INC., a California Corporation; NVS GROUP–DISPLAY INNOVATIONS, INC., a Delaware Corporation, also known as NVS GROUP–DISPLAY PACKAGING INNOVATIONS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. RITTER,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>STEVEN PETER SMALL; LAW OFFICES OF STEVEN P. SMALL; ROBERT VON FELDEN; ECO–FIBER SOLUTIONS, INC., a California Corporation; NVS GROUP–DISPLAY INNOVATIONS, INC., a Delaware Corporation, also known as NVS GROUP–DISPLAY PACKAGING INNOVATIONS; AND DOES 1 THROUGH 100,<br><br>                    Defendants. | No. **CV 08-3074 JCS**<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**COMPLAINT FILED:** June 25, 2008<br><br>Motion to Dismiss scheduled for:<br>**DATE:**    Friday, September 26, 2008<br>**TIME:**    9:30 a.m.<br>**COURT:**  Courtroom A, 15th Floor |

**REQUEST FOR REASIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned, as counsel for all Defendants, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: 13 August 2008

_____
Steven P. Small
Attorney for all Defendants named on lines 4 to 9 above

-i-

## CERTIFICATE OF SERVICE

☒ I hereby certify that on August 14, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond N. Stella Erlach, rerlach@rayerlach.com

☒ I hereby certify that on August 14, 2008, I arranged for the service on August 15, 2008 of the attached document by hand delivery to the Chambers of Judge Joseph C. Spero, Magistrate Judge, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, as well as the clerk of Courtroom A, 15th Floor, same address.

Dated: 14 August 2008

By: *[signature]*
Kimberly A. Olwin-Zhao

Kimberly A. Olwin-Zhao
3741 Judah Street
San Francisco CA 94122