<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

TERRY RITTER,
      Plaintiff(s),

 v.                                                                                      No.  C-08-3791-SC

STEVEN SMALL, et al.,
      Defendant(s).
_____/        Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled De**fendants Motion to Dismiss on October 3, 2008 at 10:00 A.M.**  before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  August 26, 2008                                          FOR THE COURT,

                                                                     Richard W. Wieking, Clerk

                                                                     By:  T. De Martini
                                                                          Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY RITTER,
    Plaintiff(s),

v.    No. C-08-3074-SC

STEVEN SMALL, et al.,
    Defendant(s).
_____/   Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled De**fendants Motion to Dismiss on October 3, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  September 2, 2008                  FOR THE COURT,

                                             Richard W. Wieking, Clerk

                                             By:  T. De Martini
                                                Courtroom Deputy Clerk