IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY RITTER,
    Plaintiff(s),

v.       No. C-08-3074-SC

STEVEN SMALL, et al.,
    Defendant(s).
_____/       Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **December 5, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.  The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 26, 2008       FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
    Courtroom Deputy Clerk