**Raymond N. Stella Erlach, SBN 056958**
**LAW OFFICES OF**
**RAYMOND N. STELLA ERLACH**
**One Maritime Plaza, Fourth Floor**
**San Francisco, CA  94111**
**Telephone:  (415) 788-3322**
**Facsimile:  (415) 788-8613**
**E-Mail:  rerlach@rayerlach.com**

**Attorneys for Plaintiff Terry L. Ritter**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. RITTER, | Civil Action No. C 08-03074 JCS |
| Plaintiff, | |
| v. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| STEVEN PETER SMALL; LAW OFFICES OF STEVEN P. SMALL; ROBERT VON FELDEN; ECO-FIBER SOLUTIONS, INC., a California corporation; NVS GROUP--DISPLAY INNOVATIONS, INC., a Delaware corporation, also known as NVS GROUP--DISPLAY PACKAGING INNOVATIONS; and DOES 1 THROUGH 100, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

LAW OFFICES OF
RAYMOND N. STELLA ERLACH

Dated:  September 2, 2008         *Raymond N. Stella Erlach*
                                  Raymond N. Stella Erlach
                                  Attorney of Record for Plaintiff Terry L. Ritter

jp80\r\ec\interested.cer

**Civil Action No. C 08-03074 JCS**

**PROOF OF ELECTRONIC SERVICE**

I, the undersigned, say:

I am a resident of the State of California and not a party to the within action; our office's electronic notification address is rerlach@rayerlach.com (The Law Offices of Raymond N. Stella Erlach, One Maritime Plaza, Fourth Floor, San Francisco, California 94111).

On September 2, 2008, I served the within:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in said action by electronic service by transmitting a true copy thereof addressed to each of the following by 5:30 p.m., on September 2, 2008, to:

**Steven P. Small, Esq.**                                                              **stevensmall@mac.com**
**Law Offices of Steven P. Small**
**2509 Santa Clara Avenue**
**Alameda, CA  94501-4633**

through ECF, the designated Electronic Filing Service Provider in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 2, 2008            *Jennifer Pearl*
                                                              Jennifer Pearl

jp80\r\e\proofELEC.1

2