1  Steven P. Small (SBN 39869)
   2509 Santa Clara Avenue
2  Alameda, California 94501
   Telephone:  (510) 865-2038
3  Facsimile:  (510) 523-7877
   E-mail:     stevensmall@mac.com
4
   Attorney for Counterclaimants and Defendants
5  STEVEN PETER SMALL and ROBERT VONFELDEN
   as individuals; and ECO-FIBER SOLUTIONS, INC.,
6  a California Corporation

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TERRY L. RITTER,<br>              Plaintiff, | No.  CV 08-3074 SC |
| 12     vs. | |
| 13  STEVEN PETER SMALL; LAW OFFICES OF<br>STEVEN P. SMALL; ROBERT VON FELDEN; | |
| 14  ECO-FIBER SOLUTIONS, INC., a California<br>Corporation; NVS GROUP-DISPLAY | NOTICE AND [~~PROPOSED~~] ORDER OF |
| 15  INNOVATIONS, INC., a Delaware Corporation,<br>also known as NVS GROUP-DISPLAY | SUBSTITUTION FOR DEFENDANT AND |
| 16  PACKAGING INNOVATIONS; AND DOES 1<br>THROUGH 100. | COUNTERCLAIMANT ECO-FIBER |
| 17              Defendants. | SOLUTIONS, INC. |
| 18  STEVEN PETER SMALL and ROBERT<br>VONFELDEN as individuals; and ECO-FIBER | |
| 19  SOLUTIONS, INC., a California Corporation,<br>              Counterclaimants, | |
| 20     vs. | |
| 21  MARC VOGEL, TERRY L. RITTER and<br>SHAMIM S. RITTER, Roes 1 through 30, | |
| 22 | |
| 23              Counterdefendants. | |

-1-
NOTICE AND [PROPOSED] ORDER FO SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT ECO-
FIBER SOLUTIONS, INC.
Case No. CV 08 3074 SC

1  TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL
2  OF RECORD:
3  Please take notice that DEFENDANT AND COUNTERCLAIMANT ECO-FIBER
4  SOLUTIONS, INC. substitutes its counsel of record in this matter.

### Former Counsel

Steven P. Small

2509 Santa Clara Avenue

Alameda, CA 94501

Telephone (510) 523-7877

Facsimile (510) 523-7877

stevensmall@mac.com

### New Counsel

Defendant and Counterclaimant Eco-Fiber Solutions, Inc.'s new counsel in this matter, on whom all notices and papers should be served, is the firm of:

JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

100 Van Ness Avenue, 19th Floor

San Francisco, CA 94102

Telephone (415) 431-5310

Facsimile (415) 431-2266

Including the following individual attorney associated with that firm:

Kenneth G. Johnson (CA Bar No. 059558)

Kjohnson@jcjj.net

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: MAR 27 2009         Steven P. Small, Esq.

                           By _____
                              Steven P. Small

Dated: 3/27/09             JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

                           By _____
                              Kenneth G. Johnson

Dated: MAR 27 2009         ECO-FIBER SOLUTIONS, INC.

                           By _____
                              Steven P. Small, V. P.

IT IS SO ORDERED:

Dated: March 30, 2009

                           IT IS SO ORDERED
                           _____
                           UNITED STATES DISTRICT JUDGE
                           Judge Samuel Conti

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on 27 March 2009, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List in Mailing Information for Case CV-08-3074-SC, and I hereby certify that I have e-mailed the **NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION FOR DEF AND COUNTERCLAIMANT ECO-FIBER SOLUTIONS** to the parties indicated on the attached Mailing Information for Case C08-04570-CW as well as mailed a hard copy to Defendant Vogel's last known mailing address and last known e-mail address.

By _____/s/ Steven P. Small_____
Steven P. Small

## Mailing Information for Case CV-08-3074 SC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Raymond N. Stella Erlach

    rerlach@rayerlach.com

## Mailing Information for Case C08-04570-CW (ordered related to CV-08-3074 SC on 31 October 2008)

**Manual Notice List**

The following is the list of parties who have been served and therefore require manual noticing)

- Marc Vogel

    475 Chestnut Street, No. 6,

    San Francisco, California 94133

    e-mailed to:

    chefmarc@hotmail.com and marc@chefmarc.com