1  Gregory P. O'Hara (SBN #131963)
   Daniel J. Muller (SBN #193396)
2  NIXON PEABODY LLP
   200 Page Mill Road, Suite 200
3  Palo Alto, CA 94306-2022
   Telephone: (650) 320-7700
4  Fax: (650) 320-7701

5  Attorneys for Plaintiff
   Mark Sheredy
6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION
10

11 | TERRY L RITTER,,                              | Case No. C 08-3074- SC - ADR
12 |              Plaintiff,                       |
13 |     vs.                                       | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION**
14 | STEVEN PETER SMALL, LAW OFFICES               |
   | OF STEEN P. SMALL, ROBERT VON                 |
15 | FELDEN; ECO-FIBER SOLUTIONS, INC.,            |
   | NVS-GROUP DISPLAY INNOVATIONS,                |
16 | INC., NVS GROUP DISPLAY                       |
   | PACKAGING INNOVATIONS, and DOES 1             |
17 | THROUGH 30,                                   |
18 |              Defendants.                      |
19 | MARK SHEREDY,                                 | Case No. C 08-04570 SC – ADR
20 |              Plaintiff,                       |
21 |     vs.                                       |
22 | TERRY L. RITTER and MARC VOGEL,               |
23 |              Defendants.                      |

WHEREAS, the parties in these consolidated actions have agreed to participate in mediation pursuant to the Court's alternative dispute resolution program;

WHEREAS, the original date for completion of the mediation was March 27, 2009;

WHEREAS, the parties were unable to complete the mediation by that date due to scheduling conflicts of the parties and their respective counsel;

WHEREAS, the parties, working with mediator Mark Katz, agreed to schedule the mediation for May 13, 2009. The parties have all submitted their mediation statements to the mediator and the mediation will proceed as scheduled;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE:

That they jointly request that the new date for completion of the mediation shall be May 13, 2009.

IT IS SO STIPULATED.

Dated: MAY - 6 2009

STEVEN P. SMALL, ESQ.

By /s/ Steven P. Small
Steven P. Small
Counsel for Steven P. Small, Robert Von Feldon, NVS-Group Display Innovations, Inc., NVS Group Display Packaging Innovations

Dated: _____

JONES, CLIFFORD, JOHNSON & JOHNSON

By _____
Kenneth G. Johnson, Esq.
Counsel for Eco-Fiber Solutions, Inc.

Dated: _____

LAW OFFICES OF RAYMOND STELLA ERLACH

By _____
Raymond S. Erlach
Counsel for Terry Ritter

SV #378089 v1

-1-

STIPULATION TO CONTINUE DATE FOR MEDIATION

1  WHEREAS, the parties in these consolidated actions have agreed to participate in
2  mediation pursuant to the Court's alternative dispute resolution program;
3  WHEREAS, the original date for completion of the mediation was March 27, 2009;
4  WHEREAS, the parties were unable to complete the mediation by that date due to
5  scheduling conflicts of the parties and their respective counsel;
6  WHEREAS, the parties, working with mediator Mark Katz, agreed to schedule the
7  mediation for May 13, 2009. The parties have all submitted their mediation statements to the
8  mediator and the mediation will proceed as scheduled;
9  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE:
10  That they jointly request that the new date for completion of the mediation shall be May
11  13, 2009.
12  IT IS SO STIPULATED.
13  Dated: MAY - 6 2009    STEVEN P. SMALL, ESQ.
14
15  By *[signature]*
16  Steven P. Small
    Counsel for Steven P. Small, Robert Von
17  Feldon, NVS-Group Display Innovations, Inc.,
    NVS Group Display Packaging Innovations
18
19  Dated: _____    JONES, CLIFFORD, JOHNSON & JOHNSON
20
    By _____
21  Kenneth G. Johnson, Esq.
    Counsel for Eco-Fiber Solutions, Inc.
22
23  Dated: May 7, 2009    LAW OFFICES OF RAYMOND STELLA
                          ERLACH
24
25
    By *[signature]*
26  Raymond S. Erlach
    Counsel for Terry Ritter and
27  Shamim Ritter
28

SV #378089 v1                          -1-
                    STIPULATION TO CONTINUE DATE FOR MEDIATION

1   WHEREAS, the parties in these consolidated actions have agreed to participate in
2   mediation pursuant to the Court's alternative dispute resolution program;
3   WHEREAS, the original date for completion of the mediation was March 27, 2009;
4   WHEREAS, the parties were unable to complete the mediation by that date due to
5   scheduling conflicts of the parties and their respective counsel;
6   WHEREAS, the parties, working with mediator Mark Katz, agreed to schedule the
7   mediation for May 13, 2009. The parties have all submitted their mediation statements to the
8   mediator and the mediation will proceed as scheduled;
9   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE:
10  That they jointly request that the new date for completion of the mediation shall be May
11  13, 2009.
12  IT IS SO STIPULATED.
13  Dated: MAY - 6 2009                    STEVEN P. SMALL, ESQ.
14
15                                          By _____
16                                          Steven P. Small
                                            Counsel for Steven P. Small, Robert Von
17                                          Feldon, NVS-Group Display Innovations, Inc.,
                                            NVS Group Display Packaging Innovations
18
    Dated: MAY 6, 2009                     JONES, CLIFFORD, JOHNSON & JOHNSON
19
20                                          By _____
21                                          Kenneth G. Johnson, Esq.
                                            Counsel for Eco-Fiber Solutions, Inc.
22
23  Dated: _____                 LAW OFFICES OF RAYMOND STELLA
                                            ERLACH
24
25
                                            By _____
26                                          Raymond S. Erlach
                                            Counsel for Terry Ritter
27
28

SV #378089 v1                              -1-
                        STIPULATION TO CONTINUE DATE FOR MEDIATION

| | | |
|---|---|---|
| 1 | Dated: *May 5th, 2009* | Marc Vogel |
| 2 | | |
| 3 | | By: _/s/ Marc Vogel/_ <br> Marc Vogel, in pro per |
| 4 | | |
| 5 | Dated: _____ | NIXON PEABODY LLP |
| 6 | | |
| 7 | | By: _____ <br> Daniel T. Muller <br> Counsel for Mark Sheredy |
| 8 | | |

## ORDER

Pursuant to foregoing stipulation, it is hereby ordered that the mediation in the above-referenced consolidated matter shall be completed by May 13, 2009.

Dated: _____, 2009

UNITED STATES DISTRICT JUDGE

1
2
3  Dated: _____                Marc Vogel
4
5                                             By _____
                                                 Marc Vogel, *in pro per.*
6
7  Dated: May 13, 2009                        NIXON PEABODY LLP
8
                                              By _____
9                                                Daniel J. Muller
                                                 Counsel for Mark Sheredy
10
11
12
                              **ORDER**
13
   Pursuant to foregoing stipulation, it is hereby ordered that the mediation in the above-
14
   referenced consolidated matter shall be completed by May 13, 2009.
15
16  Dated: 21, 2009
17                                             UNITED S[IT IS SO ORDERED / Judge Samuel Conti] JUDGE
18
19
20
21
22
23
24
25
26
27
28