UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L RITTER,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN PETER SMALL; LAW OFFICES OF STEVEN P. SMALL; ROBERT VONFELDEN; ECO-FIBER SOLUTIONS, INC.; NVS-GROUP DISPLAY INNOVATIONS, INC.; NVS GROUP--DISPLAY PACKAGING INNOVATIONS, and DOES 1 THROUGH 30,<br><br>        Defendants.<br><br>And the Counterclaim therein. | Case No. C 08-3074- SC - ADR |
| MARK SHEREDY,<br><br>        Plaintiff,<br><br>vs.<br><br>TERRY L. RITTER and MARC VOGEL,<br><br>        Defendants. | Case No. C 08-04570 SC – ADR<br><br>[Related]<br><br>Trial Date: November 30, 2009 |

**STIPULATION AND [PROPOSED]**

**ORDER FOR DISMISSAL WITH PREJUDICE**

-1-

IT IS HEREBY STIPULATED by and between the parties to these related actions, and through their designated counsel where indicated, that, pursuant to the settlement agreement between and among the parties, the above-entitled related actions (including all complaints and counterclaims) be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. This stipulation may be executed in counterparts.

IT IS SO STIPULATED.

Dated: September __, 2009

Nixon Peabody, LLP

By /s/ *Daniel J Muller by RNSE Duly Authorized*
Daniel J. Muller
Attorneys for Mark Sheredy

Dated: September __, 2009

Law Offices of Raymond N. Stella Erlach

By *Raymond N Stella Erlach*
Raymond N. Stella Erlach
Attorneys for Terry Ritter and Shamim Ritter

Dated: September 21, 2009

Law Offices of Steven Small, Esq.

By *Steven P Small*
Steven Small
Attorneys for Steven P. Small, Robert VonFelden,
Law Offices of Steven P. Small, and
NVS Group--Display Innovations, Inc.

Dated: September 21, 2009

Jones, Clifford, Johnson & Johnson, LLP

By *Kenneth G Johnson*
Kenneth George Johnson
Attorneys for Eco-Fiber Solutions, Inc.

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1 | Dated: September __, 2009        Marc Vogel

By  *See attached Counterpart*
   Marc Vogel, In Pro Se

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __, 2009

_____
Honorable Samuel Conti,
United States District Court Judge

```
Dated: September 25, 2009        Marc Vogel

                                 By _____
                                    Marc Vogel, In Pro Se


                            ORDER
        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September ___, 2009
       10/1/09
                                 _____
                                 Honorable Samuel C. [Conti]
                                 United [States District Judge]
```

IT IS SO ORDERED
Judge Samuel Conti

- 3 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Civil Action No. C 08-3074 SC and Civil Action No. C 08-04570 SC

## PROOF OF ELECTRONIC SERVICE

I, the undersigned, say:

I am a resident of the State of California and not a party to the within action; our office's electronic notification address is rerlach@rayerlach.com (The Law Offices of Raymond N. Stella Erlach, One Maritime Plaza, Fourth Floor, San Francisco, California 94111).

On September 25, 2009, I served the within:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

on the interested parties in said action by electronic service by transmitting a true copy thereof to the e-mail addresses of each of the following:

| | |
|---|---|
| Steven P. Small, Esq.<br>Law Offices of Steven P. Small<br>2509 Santa Clara Avenue<br>Alameda, CA 94501-4633 | stevensmall@mac.com |
| Daniel J. Muller, Esq.<br>Nixon Peabody LLP<br>200 Page Mill Road, Second Floor<br>Palo Alto, CA 94306-2022 | djmuller@nixonpeabody.com |
| Mr. Marc Vogel<br>475 Chestnut Street, No. 6<br>San Francisco, CA 94133 | chefmarc@hotmail.com |
| Kenneth G. Johnson, Esq.<br>Jones, Clifford, Johnson & Johnson, LLP<br>100 Van Ness Avenue, 19th Floor<br>San Francisco, CA 94102 | kjohnson@jcjj.net |
| Richard C. Imber, Esq.<br>Law Offices of Richard C. Imber<br>3145 Geary Boulevard, No. 425<br>San Francisco, CA 94118 | laelia@netwhiz.net |

and through ECF, the designated Electronic Filing Service Provider in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 25, 2009         *Jennifer Pearl*
                                  Jennifer Pearl